IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR121 |
| vs. | ORDER |
| AMMANUEL JIEL, | |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Michael F. Maloney to withdraw as counsel for the defendant, Ammanuel Jiel (Filing No. 41). Glenn A. Shapiro has filed an entry of appearance as retained counsel for Ammanuel Jiel. Therefore, Michael F. Maloney's motion to withdraw (Filing No. 41) will be granted.

Michael F. Maloney shall forthwith provide Glenn A. Shapiro any discovery materials provided to the defendant by the government and any such other materials obtained by Mr. Maloney which are material to Ammanuel Jiel's defense.

The clerk shall provide a copy of this order to Glenn A. Shapiro.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge