IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AMMANUEL JIEL,<br><br>　　　　　　　Defendant. | 8:19-CR-121<br><br>**ORDER** |

　　　This matter is before the Court on Defendant's Motion to Withdraw Plea of Guilty. Filing 60. Pursuant to NECrimR 33.1 and NECrimR 12.3(b)(1), Defendant's Motion is denied because Defendant failed to simultaneously file a brief. Nothing in this Order prohibits Defendant from refiling the motion in accordance with the Criminal Rules of the United States District Court for the District of Nebraska.

　　　IT IS ORDERED:

　　　1.　　The Motion to Withdraw Plea of Guilty (Filing 60) is denied.

　　　DATED this 21st day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge