IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>AMMANUEL JIEL,<br><br>                    Defendant. | 8:19-CR-121<br><br>**ORDER** |

       This matter is before the Court on defense counsel's Motion to Withdraw as Counsel. Filing 71. A hearing was held on July 8, 2020. Counsel for the government, defense counsel, and Defendant were all present. Defendant indicated he wished to retain new counsel before proceeding to sentencing. Defense counsel, Glenn Shapiro, advised the Court he would withdraw as counsel of record in this case. Counsel for the government, Matt Lierman, did not object to Mr. Shapiro withdrawing.

       After an examination of Mr. Shapiro and Defendant outside the presence Mr. Lierman, the Court ordered Mr. Shapiro to file a Motion to Withdraw as Counsel. The Court granted a continuance in order for Defendant to retain a new attorney.

IT IS ORDERED:

1) Defense Counsel's Motion to Withdraw (Filing 71) is granted;

2) Defendant shall retain new counsel and Defendant's new counsel shall enter his or her appearance by July 22, 2020;

3) Mr. Shapiro shall provide Defendant's new counsel with any discovery materials provided to the defendant by the government and any such other materials obtained by Mr. Shapiro which are material to Ammanuel Jiel's defense;

4) The Clerk shall provide a copy of this order to Mr. Shapiro and Defendant;

5) The Clerk's Office shall set a case management deadline of July 22, 2020.

Dated this 8th day of July, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge