IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| AMMANUEL JIEL, | |
|---|---|
| Petitioner, | 8:19-CR-121 |
| vs. | |
| UNITED STATES OF AMERICA, | JUDGMENT |
| Defendant. | |

In accordance with the accompanying Order,

IT IS ORDERED:

1. Petitioner Ammanuel Jiel's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, Filing 64, is denied; and

2. No certificate of appealability will issue.

Dated this 1st day of July, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge